FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC - 5 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07CR311-WKW |
| ) | [18 USC 922(g)(1)] |
| DOMINICK JEFFERSON ) | |
| A/K/A DOMINICK HILL ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 28th day of February, 2007, in Troy, Alabama, within the Middle District of Alabama,

DOMINICK JEFFERSON A/K/A DOMINICK HILL,

defendant herein, having been convicted on or about the 14th day of December, 2005, in the Superior Court of Newton County, Georgia, of Possession of Cocaine, for which he was sentenced to be confined for 5 years, thereafter did knowingly possess in and affecting commerce a Smith and Wesson, .357 Magnum Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney