IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr311-WKW |
| ) | |
| DOMINICK JEFFERSON, ) | |
| A/K/A DOMINICK HILL ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Dominick Jefferson a/k/a Dominick Hill, now in custody of Hays State Prison, Trion, Georgia, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on January 23, 2008, at 10:30 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Hays State Prison, Trion, Georgia, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on January 23, 2008, at 10:30 a.m.

Respectfully submitted this the 22nd day of December, 2007.

                                                      Respectfully submitted,

                                                      LEURA G. CANARY
                                                      UNITED STATES ATTORNEY

                                                      /s/Kent B. Brunson
                                                      KENT B. BRUNSON
                                                      Assistant United States Attorney
                                                      131 Clayton Street
                                                      Montgomery, AL 36104
                                                      Phone: (334) 223-7280
                                                      Fax: (334) 223-7135
                                                      E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr311-WKW |
| ) | |
| DOMINICK JEFFERSON ) | |
| A/K/A DOMINICK HILL ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed December 22, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Hays State Prison, Trion, Georgia, commanding them to deliver Dominick Jefferson a/k/a Dominick Hill, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on January 23, 2008, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE