IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.   2:07cr311-WKW |
| ) | |
| DOMINICK JEFFERSON ) | |
| A/K/A DOMINICK HILL ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed December 22, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Hays State Prison, Trion, Georgia, commanding them to deliver Dominick Jefferson a/k/a Dominick Hill, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on January 23, 2008, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

Done this 26th day of December, 2007.

　　　　　　　　　　　　　　　　　　　　　／s/Charles S. Coody　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE