IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-311-WKW |
| | ) | |
| **DOMINICK JEFFERSON** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **DOMINICK JEFFERSON** in the above-styled matter.

Dated this 25th day of January 2008.

> Respectfully submitted,
>
> s/Christine A. Freeman
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Attorney for Defendant
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL: (334) 834-2099
> FAX: (334) 834-0353
> E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-311-WKW** |
| | ) | |
| **DOMINICK JEFFERSON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esquire, Assistant United States Attorney.

                                                **s/Christine A. Freeman**
                                                **CHRISTINE A. FREEMAN**
                                                **TN BAR NO.: 11892**
                                                Attorney for Defendant
                                                Federal Defenders
                                                Middle District of Alabama
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                TEL: (334) 834-2099
                                                FAX: (334) 834-0353
                                                E-Mail: Christine_Freeman@fd.org