IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07CR311-WKW |
| | ) | |
| DOMINICK JEFFERSON | ) | |

RESPONSE TO MOTION TO SUPPRESS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion to Suppress filed by the defendant herein, the following is submitted:

1.  On February 28, 2007, Officers with the Troy Police Department went to a residence at 163 Butler Drive in Troy, Alabama, in connection with a narcotics investigation.  At the residences, a black female named Ms. Webb talked to the officers and said she lived there with her boyfriend George and had live there since the summer of 2006.

2.  The officers noticed the strong odor of marijuana coming from the residence and Ms. Webb stated that was marijuana that was smoked there earlier that day.  The officers asked for "George" and after first denying he was there, Ms. Webb finally went into the residence and got "George."

3. The officers asked "George" his name and he replied "Richard Lamont Jefferson, date of birth 04/06/1982."  The information provided could not be located by the officers and Ms. Webb told "George" to tell the truth.  "George" was placed under arrest for Obstructing a Government Operation and False Name.  After placing "George" in custody, the officers went to the top of the steps of the residence and observed a firearm in plain view on a couch.  One of the officers went to

secure the gun and asked if it was loaded and "George" said, "Yes."

4. The officers took "George" to the Troy City Jail where he eventually stated his real name was Dominick Jefferson, date of birth 02/15/1985." From this information, the officers found Dominick Jefferson had three felony warrants from the Newton County, Georgia Sheriff's Office.

5. Here the officers were investigating narcotics offenses and, in connection with this investigation of possible criminal behavior, went to the residence where the defendant and Ms. Webb lived. The officers noticed the smell of marijuana and Ms. Webb stated marijuana had been smoked that day. Pursuant to Terry v. Ohio, 392 U.S. 1 (1968), a police officer may, in appropriate circumstances and in an appropriate manner, approach a person for purposes of investigating possible criminal behavior even though there is no probable cause to make an arrest.

6. In U.S. v. Rodgers, 924 F.2d 219 (11th Cir. 1991), the defendant was arrested in his front yard, after which the officers went back to the front door of the trailer to close it. One officer noticed two handguns on a couch in the front room. The officer went in and seized the guns and the court upheld this as a proper exigent circumstance search. The court held that the presence of other occupants of the premises, who were aware that the defendant had just been arrested, justified the exigent circumstances entry into the trailer and seizure of the guns.

7. The Rodgers case applies directly. Here the officers had probable cause to believe criminal activity, use of marijuana, had taken place because they smelled the odor of marijuana and Ms. Webb admitted marijuana had been smoked that day. The officers also had probable cause to arrest the defendant and he was arrested on two legitimate charges. This arrest was followed by the observation of a firearm in plain view which seizure is permitted by Rodgers.

Wherefore, premises considered, this Defendant's Motion to Suppress is due to be denied.

Respectfully submitted this the 20th day of March, 2008.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/ Kent B. Brunson
                    KENT B. BRUNSON
                    Assistant United States Attorney
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    334-223-7280 Phone
                    334-223-7135 Fax
                    E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR311-WKW |
| | ) | |
| DOMINICK JEFFERSON | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman, Esq.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334-223-7280 Phone
    334-223-7135 Fax
    E-mail: kent.brunson@usdoj.gov