IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR311-WKW |
| | ) | |
| DOMINICK JEFFERSON | ) | |

**ORDER**

For good cause, it is

ORDERED that, on or before March 31, 2008, the parties shall file briefs in support of their arguments concerning whether exigent circumstances existed to enter the residence and whether the defendant's acknowledgment that the gun was loaded should be suppressed.

Done this 26th day of March, 2008.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE