IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | DOCKET NO. 2:07-cr-00311-WKW |
| | * | |
| DOMINICK JEFFERSON | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF APPEARANCE

Comes now Valerie Murry Smedley and files her notice of appearance as **retained** counsel for the defendant in the above-styled cause. In making this appearance, counsel requests:

1. That notices of continuances, trial setting, docket setting, or otherwise announcements or notices regarding said case be forwarded to her at the address provided herein.

2. That the name of counsel be entered herein on the appropriate court records.

Respectfully submitted this 24th day of April, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY        SME003
Attorney for Defendant**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL  36104
(334) 230-9596
(334) 230-9566 (FAX)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the U.S. Attorney's Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 24th day of April, 2008.

/s/Valerie Murry Smedley
**Attorney for Defendant**