IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CR-311-WKW |
| | ) | (WO) |
| DOMINICK JEFFERSON | ) | |

## **ORDER**

On April 8, 2008, the Magistrate Judge filed a Recommendation (Doc. # 23) that the Defendant's Motion to Suppress (Doc. # 12) be denied. No objections have been filed.

After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 23) of the Magistrate Judge is ADOPTED; and

3. Defendant's Motion to Suppress (Doc. # 12) is DENIED.

DONE this 24th day of April, 2008.

           /s/   W.  Keith Watkins
     UNITED STATES DISTRICT JUDGE