IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.   ) | CASE NO: 2:07-CR-311-WKW |
| ) | |
| DOMINICK JEFFERSON   ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and moves to withdraw as appointed counsel for **DOMINICK JEFFERSON**, in the above-styled matter. As basis for this Motion, undersigned counsel notes that Valerie Murry Smedley has filed a notice of appearance as retained counsel for Mr. Jefferson (D.E. 25).

      Respectfully submitted,

      s/Christine A. Freeman
      **CHRISTINE A. FREEMAN**
      **TN BAR NO.: 11892**
      Attorney for Paul Graham
      Federal Defenders
      Middle District of Alabama
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      TEL: (334) 834-2099
      FAX: (334) 834-0353
      E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Assistant U.S. Attorney.

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org