# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-311-WKW |
| | ) | |
| DOMINICK JEFFERSON | ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel (doc. #29) filed by defendant, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED.**

Done this 29th day of April, 2008.

　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE