| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE MIDDLE DISTRICT OF ALABAMA<br>NORTHERN DIVISION | FILED<br>MAY - 1 2008<br>CLERK<br>U. S. DISTRICT COURT<br>MIDDLE DIST. OF ALA. |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-311-WKW |
| | ) | |
| DOMINICK JEFFERSON | ) | |

## CONSENT

I, **Dominick Jefferson**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 1st day of May, 2008.

_____
Defendant

_____
Attorney